IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIT BREWER, aka MICHAEL GREEN, | No. C-11-0930 TEH (PR) |
| Plaintiff, | ORDER OF DISMISSAL; NEW ACTION FILED IN ERROR; NO FILING FEE DUE |
| v. | |
| ALTA BATES SUMMIT MEDICAL CENTER, | (Doc. #1) |
| Defendant. | |

On February 28, 2011, Plaintiff filed a "Motion for Appointment of Counsel" (Doc. #1), which the clerk filed as a new civil action. Brewer v. Alta Bates Summit Medical Center, No. C-11-0930-TEH (PR) (N.D. Cal. filed Feb. 28, 2011). In a letter filed with the Court on March 14, 2011, Plaintiff explains that he intended that his motion be filed in an action already pending in this Court, Green v. Alta Bates Summit Medical Center, No. C-11-0685-SI (PR) (N.D. Cal. filed Feb. 15, 2011). Plaintiff asks that the action filed under No. C-11-0930-TEH (PR) be DISMISSED as filed in error.

//
//

Good cause appearing, Plaintiff's request is GRANTED. The instant action is DISMISSED as filed in error. No filing fee is due.

The Clerk shall terminate any pending motions as moot and close the file.

IT IS SO ORDERED.

Dated: 03/16/2011

THELTON E. HENDERSON
United States District Judge

2

```
G:\PRO-SE\TEH\CR.11\Brewer-11-930-dismissal-filed in error.wpd
```

3